UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Edward D. Jones & Co., L. P.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:10cv02207 SNLJ |
| | ) | |
| **Donald B. Smeltser, et al.,** | ) | |
| **Defendants.** | ) | |

## ORDER

On November 24, 2010, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned. Due to clerk error, this order should have been issued on November 24, 2010.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Mary Ann L. Medler, U.S. Magistrate Judge.

Dated this 27th day of April, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:10cv00080 MLM.**